CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 26 2009

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RONALD D. AREHART,<br>　　Plaintiff, | )<br>)<br>) | Civil Action No. 7:09-cv-00308 |
| v. | )<br>) | **ORDER** |
| KEEFE COMMISSARY NETWORK<br>　　SALES,<br>　　Defendant. | )<br>)<br>)<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to proceed in forma pauperis is **GRANTED**; the complaint is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 26th day of August, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Senior United States District Judge